**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mary K Lacey <br>         Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 13-15429 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7104

                                                Respectfully submitted,

                                                **/s/Thomas Puleo, Esquire**
                                                Thomas Puleo, Esquire
                                                Brian C. Nicholas, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406