# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-15429-JKF

MARY K LACEY

209 FIRST AVENUE

BROOMALL, PA 19008

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARY K LACEY

    209 FIRST AVENUE

    BROOMALL, PA 19008

Counsel for debtor(s), by electronic notice only.

    ROBERT H HOLBER
    41 EAST FRONT ST

    MEDIA, PA 19063

Date: 2/17/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee