**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARY K LACEY                                Chapter 13

                    Debtor            Bankruptcy No. 13-15429-JKF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

      **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

**Date: March 30, 2017**        _____
                                       Jean K. FitzSimon
                                       Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT H HOLBER
41 EAST FRONT ST

MEDIA, PA 19063

Debtor:
MARY K LACEY

209 FIRST AVENUE

BROOMALL, PA 19008