United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-15429-jkf
Mary K Lacey                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine                Page 1 of 2               Date Rcvd: Mar 30, 2017
                              Form ID: pdf900             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
```
db            +Mary K Lacey,    209 First Avenue,    Broomall, PA 19008-2302
13082512      +Goldbeck, McCafferty & McKeever,    Mellon Independence Center,    701 Market Street, Ste. 5000,
                Philadelphia, Pa 19106-1541
13082514      +Law Office of Robert H. Holber, P.C.,    41 E Front St,    Media, PA 19063-2911
13082516      +Marple Township,    c/o Frank W. Daly, Esquire,    110 W Front St,    Media, PA 19063-3208
13082518       Marple Township,    c/o Megan H. Oroszlan, Esquire,    PO Box 391,    Norristown, PA 19404-0391
13191055      +Marple Township,    c/o J. Adam Matlawski,    1223 N. Providence Road,    Media, PA 19063-1235
13082517       Marple Township,    c/o Jason J. Leininger, Esquire,    PO Box 391,    Norristown, PA 19404-0391
13082515      +Marple Township,    c/o Robert Pappano, Esquire,    3305 Edgemont Ave,
                Brookhaven, PA 19015-2801
13082519      +McCabe, Weisberg & Conway, P.C.,    First Union Bldg - Suite 209,    123 S. Broad Street,
                Philadelphia, Pa 19109-1029
13082520      +Mci,   CAS Dept,    500 Technology Dr,    Weldon springs, MO 63304-2225
13154745      +Township of Marple,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13082521      +Upper Darby Township,    c/o Paul D. McNichol, Esquire,    606 E. Baltimore Pike,
                Media, PA 19063-1751
13082522      +Verizon Pen,    Verizon Wireless Department/Attn: Bankru,     PO Box 3397,
                Bloomington, IL 61702-3397
13082524     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,      8480 Stagecoach Cir,
                Frederick, MD 21701)
13082523      +Wells Fargo Bank NA,    FKA Wachovia Mortgage Corp,    PO Box 900001,
                PO1100 Corporate Center Drive,    Raleigh, NC 27675-9001
13214025      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC#D3347-014,    3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
13213979      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC D3347-014,
                3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 31 2017 01:37:59      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 31 2017 01:37:46
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 31 2017 01:37:54      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13148074       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:33:33
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13082510      +E-mail/Text: banko@berkscredit.com Mar 31 2017 01:37:34      Berks Credit & Coll,
                900 Corporate Dr,    Reading, PA 19605-3340
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Township of Marple,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13108561*     +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13108562*     +Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
13108563*     +Goldbeck, McCafferty & McKeever,    Mellon Independence Center,    701 Market Street, Ste. 5000,
                Philadelphia, Pa 19106-1541
13108564*     +Hsbc/boscov,    HSBC,   PO Box 5226,    Carol Stream, IL 60197-5226
13108565*     +Law Office of Robert H. Holber, P.C.,    41 E Front St,    Media, PA 19063-2911
13108567*     +Marple Township,    c/o Frank W. Daly, Esquire,    110 W Front St,    Media, PA 19063-3208
13108569*      Marple Township,    c/o Megan H. Oroszlan, Esquire,    PO Box 391,    Norristown, PA 19404-0391
13108568*      Marple Township,    c/o Jason J. Leininger, Esquire,    PO Box 391,    Norristown, PA 19404-0391
13108566*     +Marple Township,    c/o Robert Pappano, Esquire,    3305 Edgemont Ave,
                Brookhaven, PA 19015-2801
13108570*     +McCabe, Weisberg & Conway, P.C.,    First Union Bldg - Suite 209,    123 S. Broad Street,
                Philadelphia, Pa 19109-1029
13108571*     +Mci,   CAS Dept,    500 Technology Dr,    Weldon springs, MO 63304-2225
13108572*     +Upper Darby Township,    c/o Paul D. McNichol, Esquire,    606 E. Baltimore Pike,
                Media, PA 19063-1751
13108573*     +Verizon Pen,    Verizon Wireless Department/Attn: Bankru,     PO Box 3397,
                Bloomington, IL 61702-3397
13108575*    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,      8480 Stagecoach Cir,
                Frederick, MD 21701)
13108574*     +Wells Fargo Bank NA,    FKA Wachovia Mortgage Corp,    PO Box 900001,
                PO1100 Corporate Center Drive,    Raleigh, NC 27675-9001
```

```
District/off: 0313-2           User: Denine                Page 2 of 2                   Date Rcvd: Mar 30, 2017
                               Form ID: pdf900             Total Noticed: 22

13082511      ##+Contract Callers Inc,     1058 Claussen Rd Ste 110,     Augusta, GA 30907-0301
13082513      ##+Hsbc/boscov,    HSBC,    PO Box 5226,    Carol Stream, IL 60197-5226
                                                                                      TOTALS: 0, * 16, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    WELLS FARGO BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Marple jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              ROBERT H. HOLBER    on behalf of Debtor Mary K Lacey rholber@holber.com
              THOMAS I. PULEO    on behalf of Creditor    WELLS FARGO BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARY K LACEY                                Chapter 13

                Debtor          Bankruptcy No. 13-15429-JKF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: March 30, 2017**        _____
                                           Jean K. FitzSimon
                                           Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT H HOLBER
41 EAST FRONT ST

MEDIA, PA 19063


Debtor:
MARY K LACEY

209 FIRST AVENUE

BROOMALL, PA 19008